UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| MARK ZURALES, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-1174-KHV-DJW |
| ) | |
| Vs ) | |
| ) | |
| NATIONAL CREDIT ADJUSTERS, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

MARK ZURALES (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, NATIONAL CREDIT ADJUSTERS, L.L.C. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 2nd day of November 2010.

RESPECTFULLY SUBMITTED

THE PROBST LAW FIRM, P.A.

BY:      */s/ Raymond E. Probst, Jr.*
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS  66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com